DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ZACHERY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br> ZACHERY M. JONES,          )<br>                            )<br>            Defendant.      )<br> _____) | NO. CR.S. 12-0113-MCE<br><br>**STIPULATION AND ORDER RE:**<br>**CONTINUANCE OF STATUS HEARING AND**<br>**FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  June 21, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Morrison C. England |

ZACHERY M. JONES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for April 26, 2012, be continued for a status conference hearing on June 21, 2011, at 9:00 a.m.

This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

Counsel and the defendant agree that the time from the date of this order through June 21, 2012, should be excluded in computing the time within which trial must commence under the Speedy Trial Act,

1 | §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

2 |     The Court finds that the ends of justice to be served by granting
3 | a continuance outweigh the best interest of the public and the
4 | defendant in a speedy trial.

5 | DATED: April 24, 2012        Respectfully submitted,

6 |                                     DANIEL J. BRODERICK
                                    Federal Defender

7 |

8 |                                     /S/ Dennis S. Waks
                                  _____

9 |                                   DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant

10 |                                   ZACHERY M. JONES

11 |

12 | DATE: April 24, 2011         BENJAMIN B. WAGNER
                                  United States Attorney

13 |

14 |                                   /S/ Dennis S. Waks for
                                  _____

15 |                                   MATTHEW G. MORRIS
                                  Assistant United States Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the

2

1 stipulation through and including June 21, 2012, pursuant to 18 U.S.C.
2 §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to
3 prepare] and Local Code T4.  A new status conference date is hereby set
4 for June 21, 2012, at 9:00 a.m..

5  Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE