```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ZACHARY M. JONES
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 12-0113-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS CONFERENCE** |
| v. ) | **AND FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| ZACHARY M. JONES, ) | DATE:  December 6, 2012 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England |
| ) | |
| _____ ) | |

ZACHARY M. JONES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for September 27, 2012, be continued for a status conference hearing on December 6, 2012, at 9:00 a.m.

This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

///

1    Counsel and the defendant agree that the time from the date of
2 this order through December 6, 2012, should be excluded in computing
3 the time within which trial must commence under the Speedy Trial Act,
4 §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].
5    The Court finds that the ends of justice to be served by granting
6 a continuance outweigh the best interest of the public and the
7 defendant in a speedy trial.

8 DATED: September 25, 2012        Respectfully submitted,

9                                  DANIEL J. BRODERICK
                                   Federal Defender
10
                                   /S/ Dennis S. Waks
11                                 _____
                                   DENNIS S. WAKS
12                                 Supervising Assistant Federal Defender
                                   Attorney for Defendant
13                                 ZACHARY M. JONES

14
   DATE: September 25, 2012        BENJAMIN B. WAGNER
15                                 United States Attorney

16
                                   /S/ Dennis S. Waks for
17                                 _____
                                   MATTHEW G. MORRIS
18                                 Assistant United States Attorney

26 ///
27 ///
28 ///

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including December 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for December 6, 2012, at 9:00 a.m..

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE