DENNIS S. WAKS, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-cr-0113-MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE** |
| v. | ) | **AND FINDINGS OF EXCLUDABLE TIME** |
| ZACHARY M. JONES, | ) ) | DATE: August 15, 2013 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England |
| _____ | ) | |

ZACHARY M. JONES, by and through his counsel, DENNIS S. WAKS, Attorney at Law, and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for June 13, 2013, be continued for a status conference hearing on August 15, 2013, at 9:00 a.m.

This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

Counsel and the defendant agree that the time from the date of this order through August 15, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

1    The Court finds that the ends of justice to be served by granting
2 a continuance outweigh the best interest of the public and the
3 defendant in a speedy trial.

4 DATED: June 11, 2013              Respectfully submitted,

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Attorney for Defendant
                                    ZACHARY M. JONES

DATE: June 11, 2013                 BENJAMIN B. WAGNER
                                    United States Attorney


                                    /S/ Dennis S. Waks for
                                    _____
                                    MATTHEW G. MORRIS
                                    Assistant United States Attorney


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 15, 2013, pursuant to 18

2

U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 15, 2013, at 9:00 a.m. in Courtroom No. 7.

   IT IS SO ORDERED.

Date: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT