DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553
denniswaks@gmail.com

Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S. 12-0113-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: February 6, 2014 |
| ZACHARY M. JONES | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to by the United States of America through MATTHEW G. MORRIS, Assistant United States Attorney, and defendant, ZACHARY M. JONES, by and though his counsel, DENNIS S. WAKS, that the status conference set for December 12, 2013, be continued to a status conference on Thursday, February 6, 2014, at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The defendant has received a large amount of discovery; in response, the defendant has supplied the Government with an extensive Mitigation Memo and an offer. Furthermore, Mr. Morris was in a Jury Trial which started on October 21, 2013, in front of Judge Kimberly J. Mueller, and it lasted over 4 weeks.

Lastly, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial.

-1-

(18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 6, 2014,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 6, 2013           Respectfully submitted,


                                  /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Attorney for Defendant
                                  ZACHARY M. JONES


DATED: December 6, 2013           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Dennis S. Waks for
                                  MATTHEW G. MORRIS
                                  Assistant U.S. Attorney


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for February 6, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT