DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00113-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | Date: July 10, 2014 |
| ZACHARY M. JONES ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to by the United States of America through MATTHEW G. MORRIS, Assistant United States Attorney, and defendant, ZACHARY M. JONES, by and though his counsel, DENNIS S. WAKS, that the status conference set for June 19, 2014, be continued to a status conference on Thursday, July 10, 2014, at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The defendant has received a large amount of discovery; in response, the defendant has supplied the Government with an extensive Mitigation Memo, an offer and will providing the Government with additional documentation in the near future. Furthermore, Mr. Jones was arrested for committing a state offense and is presently residing in the Sacramento County jail.

Lastly, the parties stipulate and agree that the interest of justice served by granting this

-1-

continuance outweigh the best interest of the public and the defendant in a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July10, 2014,  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  June 17, 2014                          Respectfully submitted,


/s/ Dennis S. Waks
DENNIS S. WAKS
Attorney for Defendant
ZACHARY M. JONES


DATED:  June 17, 2014                          BENJAMIN B. WAGNER
                                               United States Attorney

/s/ Dennis S. Waks for
MATTHEW G. MORRIS
Assistant U.S. Attorney


**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of  time within which the trial of this matter must be commenced beginning from the date of this stipulation through and

-2-

including July 10, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and (Local Code T4). A new status conference date is hereby set for July 10, 2014, at 9:00 a.m.

   IT IS SO ORDERED.

Dated: June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT