UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 10, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY M. JONES, <br><br> Defendant. | Case No. 2:12-cr-00113-MCE <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ZACHARY M. JONES ,

Case No. 2:12-cr-00113-MCE  from custody for the following reasons:

     **X**  Release on Personal Recognizance

     _____  Bail Posted in the Sum of $ _____

     _____  Unsecured Appearance Bond $ _____

     _____  Appearance Bond with 10% Deposit

     _____  Appearance Bond with Surety

     _____  Corporate Surety Bail Bond

     _____  (Other):   Pretrial services conditions. To be released at 9:00 AM on 7/11/2014 to meet with Pretrial Services

Issued at Sacramento, California on July 10, 2014 at 2:15 PM

By: _____
Magistrate Judge Carolyn K. Delaney