DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S. 12-0113-MCE |
| Plaintiff, | STIPULATION AND ORDER TO AMEND RELEASE CONDITIONS |
| v. | |
| ZACHARY M. JONES | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

It is hereby stipulated and agreed to by the United States of America through MATTHEW G. MORRIS, Assistant United States Attorney, and defendant, ZACHARY M. JONES, by and though his counsel, DENNIS S. WAKS, that the Court amend the Special Conditions of Release for Mr. Jones. On July 11, 2014, Mr. Jones was released from custody on his own recognizance and is now under the supervision of Pretrial Services. Among his release conditions are that this defendant participate in an electric monitoring program; after an oral request by the defendant at the July Bail Hearing, this Court stated that if Mr. Jones satisfactory complied with all his conditions of release, the Court would entertain a Motion to terminate the electric monitoring program condition after 30 days.  Since Mr. Jones has complied with all his release conditions and it has been over 30 days, the parties are requesting that this special condition of electric monitoring be vacated for Mr. Jones.

-1-

Furthermore, the parties are requesting that paragraph 15 of the original Special Conditions of Release, the Curfew restriction, be eliminated. Mr. Jones now has a job which requires that he sometimes work at night, his hours vary and the restricted condition of curfew is no longer necessary. Ms. Renee Basurto of Pretrial Services concurs with these requests; counsel for the defendant is attaching a copy of the Proposed Amended Special Conditions of Release recently received from Ms. Basurto to be used in the Courts Proposed Order. All other Special Conditions of Release are to remain as originally Ordered.

DATED: August 19, 2014    Respectfully submitted,


/s/ Dennis S. Waks
DENNIS S. WAKS
Attorney for Defendant
ZACHARY M. JONES


DATED: August 19, 2014    BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
MATTHEW G. MORRIS
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: August 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE