BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ZACHARY M. JONES,<br><br>        Defendant. | 2:12-CR-00113-MCE<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on November 26, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Zachary M. Jones forfeiting to the United States the following property:

   a.   2010 Chevrolet Camaro, VIN: 2G1FC1EV2A9103318, and

   b.   Approximately $10,000.00 of the $11,195.20 seized from Wells Fargo Bank savings account number 3622301319, held in the name of Zachary M. Jones.

AND WHEREAS, beginning on December 12, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1 | AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), including all right, title, and interest of Zachary M. Jones. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the Approximately $2,354.02 seized from Wells Fargo Bank personal checking account number 5076339505, and Approximately $1,195.20 of the $11,195.20 seized from Wells Fargo Bank savings account number 3622301319, plus any accrued interest on those amounts, to Zachary M. Jones.

IT IS SO ORDERED.

Dated: March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT