BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-113-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION PROCEEDINGS AND TOLL TIME FOR DETERMINATION OF RESTITUTION |
| v. | |
| ZACHARY M. JONES, | |
| Defendant. | |

The parties, by and through their respective attorneys, stipulate and agree that:

The defendant was sentenced on February 19, 2015. ECF 76. At sentencing, the parties indicated that they were attempting to reach a resolution on the question of restitution and would ask to continue that matter within the 90 days permitted under 18 U.S.C. § 3664(d)(5). On March 24, 2015, the Court signed a final order of forfeiture concerning a car and bank accounts. ECF 78. As of May 12, 2015, the government has been informed that the car (forfeited pursuant to the final order of forfeiture) will be auctioned by the United States Marshals' Service on May 18, 2015.

The parties believe that they, along with the two claimed victims, have reached the broad terms of a stipulated resolution of the question of restitution. However, in order to finalize that potential resolution, the proceeds of the auction of the forfeited car will need to first be determined.

///

STIPULATION AND ORDER                    1

Accordingly, the parties request that the Court schedule a hearing for a control date regarding restitution for June 25, 2015.  The parties also request that any statutory time limit for the determination of a restitution amount be tolled through June 25, 2015, to permit the parties' efforts to coordinate forfeiture and restitution. See *Dolan v. United States*, 560 U.S. 605, 611-21 (2010).

**SO STIPULATED**

Dated: May 12, 2015

BENJAMIN B. WAGNER
United States Attorney

By:
/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: May 12, 2015    By:   /s/ DENNIS WAKS (auth by phone)

DENNIS WAKS
Attorney for ZACHARY JONES

**IT IS SO ORDERED**.

Dated: May 19, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER         2