BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-113-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| ZACHARY M. JONES, | |
| Defendant. | |

The parties, by and through their respective attorneys, stipulate and agree that:

The defendant was sentenced on February 19, 2015. ECF 76. At sentencing, the parties indicated that they were attempting to reach a resolution on the question of restitution. On March 24, 2015, the Court signed a final order of forfeiture concerning a car and bank accounts. ECF 78. The car was auctioned, and the proceeds of the auction (less administrative and storage costs) have been remitted to the United States.

The two drug companies have agreed to settle their restitution requests in exchange for an equal division of the forfeited bank funds and the proceeds of the auction of the forfeited car. The total amount available for that purpose is $22,347.19.

///

///

///

STIPULATION AND ORDER                    1

Accordingly, the parties stipulate and request that the judgment in this case be modified to reflect restitution as follows:

To: Eli Lilly and Company: $11,173.60

To: Pfizer, Inc.: $11,173.59

**SO STIPULATED**

Dated: July 24, 2015  BENJAMIN B. WAGNER
United States Attorney

By:
 /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: July 24, 2015  By:
 /s/ DENNIS WAKS (auth by email)
DENNIS WAKS
Attorney for ZACHARY JONES

**ORDER**

IT IS SO ORDERED.

Dated: July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER    2